IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

      Plaintiff,                    No. CIV S-05-2060 MCE JFM P

   vs.

J. MINEAU, et al.,

      Defendants.          <u>ORDER</u>

                             /

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 13, 2006, defendants filed a motion to dismiss this action pursuant to 28 U.S.C. § 1915(g). Good cause appearing, the court will set a schedule for briefing defendants' motion.

         On September 21, 2006, plaintiff filed a motion for summary judgment. On September 27, 2006, defendants filed a motion pursuant to Fed. R. Civ. P. 56(f) for denial or continuance of plaintiff's motion for summary judgment. Plaintiff opposes defendants' motion. Plaintiff's motion for summary judgment was filed eight days after defendants' initial appearance in this action through their pending motion to dismiss, and before any discovery had been conducted by either party. In their motion to dismiss, defendants contend that plaintiff is barred from proceeding with this action in forma pauperis pursuant to the provisions of 28 U.S.C.

1

§ 1915(g) because, prior to filing this lawsuit, three cases filed by plaintiff were dismissed for failure to state a claim.  Resolution of defendants' motion is a necessary prerequisite to further proceedings, if any, in this action.  Should this action survive resolution of defendants' motion to dismiss, defendants will be entitled to conduct discovery before being required to oppose a motion for summary judgment.

For the foregoing reasons, good cause appearing, defendants' Rule 56(f) request will be granted.  Plaintiff's motion for summary judgment will be denied without prejudice to its renewal, as appropriate, at a subsequent stage of these proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall file an opposition, if any he has, to defendants' September 13, 2006 motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

2. Defendants' reply brief, if any, shall be filed and served not later than ten days after service of plaintiff's response to defendants' motion to dismiss.

3. Defendants' September 27, 2006 motion to deny or continue plaintiff's September 21, 2006 motion for summary judgment is granted; and

4. Plaintiff's September 21, 2006 motion for summary judgment is denied without prejudice to its renewal, as appropriate, at a later stage of these proceedings.

DATED:  November 16, 2006.

UNITED STATES MAGISTRATE JUDGE

12
finl2060.o