IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

        Plaintiff,                No. CIV S-05-2060 MCE JFM P

    vs.

J. MINEAU, et al.,

        Defendants.      <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a motion to modify the scheduling order, seeking relief from filing a pretrial statement and an order vacating the dates set for pretrial conference and for jury trial. Due to the pendency of the parties' cross-motions for summary judgment, and good cause appearing, defendants' motion will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants' October 31, 2007 motion to modify the scheduling order is granted;

        2. The parties are relieved of the obligation to file pretrial statements until further order of court;

/////

1

3. The pretrial conference set for January 18, 2008 before the undersigned is vacated;

4. The jury trial set for March 31, 2008 before the Honorable Morrison C. England, Jr. is vacated;

5. The dates for filing pretrial statements, pretrial conference, and jury trial will be reset, as appropriate, by subsequent order of court.

DATED: December 19, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
finl2060.vac

2