IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

    Plaintiff,          No. 2:05-cv-2060 MCE JFM (PC)

    vs.

J. MINEAU, et al.,

    Defendants.       <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 20, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.[1]

/////

---

[1] Plaintiff filed objections to the findings and recommendations on June 27, 2008.  On July 7, 2008, plaintiff filed a request to amend his objections together with amended objections.  Good cause appearing, plaintiff's July 7, 2008 request is granted.  The court has considered plaintiff's amended objections in its <u>de</u> <u>novo</u> review of the record.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 7, 2008 request to file amended objections to the June 20, 2008 findings and recommendations is granted;

2. The findings and recommendations filed June 20, 2008, are adopted in full;

3. Plaintiff's September 24, 2007 renewed motion for summary judgment is denied; and

4. Defendants' October 5, 2007 motion for summary judgment is granted.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE